ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Attorneys for Plaintiff, Jerri Mink

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C06- 0788 (CRB)<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| JERRI MINK, Individually and on behalf of the estate of OSCAR MINK<br><br>Plaintiff,<br><br>vs.<br><br>G.D. SEARLE, INC., et al.<br><br>Defendants, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **Jerri Mink, individually and on behalf of the estate of Oscar Mink** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42531961.1

Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Jerri Mink

DATED: Oct. 22, 2009              DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1
EAST\42531961.1